IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

MILTON L. FRANKLIN, JR.,

            Petitioner

VS.

BELINDA DAVIS,

            Respondent

NO.  5:08-CV-239 (CAR)

**PROCEEDINGS UNDER 28 U.S.C. § 2254**
**BEFORE THE U.S. MAGISTRATE JUDGE**

# RECOMMENDATION TO DISMISS

Before the court is respondent Belinda Davis' motion seeking dismissal of the above-captioned habeas corpus petition. Tab #10. Respondent Davis' contends that petitioner Franklin has failed to exhaust his state remedies as required by 28 U.S.C. §2254(b) and (c) and *Rose v. Lundy*, 455 U.S. 509 (1982). Despite being ordered to do so, petitioner Franklin has failed to file a response to this motion. Tab#11. Petitioner Franklin has, however, filed a motion seeking an extension of time to "present further evidence and proof that due process was violated." Tab #17. In the text of his motion seeking an extension of time, petitioner Franklin states that "All Remedies to Habeas Corpus Have not Been Exhausted under the State Remedies of Exhaustion of Remedies Under the State Supreme Court of Georgia And the Superior Court of Monroe Georgia."

Given the requirement that petitioners seeking relief pursuant to the provisions of 28 U.S.C. §2254 must first exhaust their state remedies, coupled with petitioner Franklin's statement that he has not yet done so, **IT IS RECOMMENDED** that the respondent's motion seeking dismissal be **GRANTED** and Franklin's petition be **DISMISSED** *without prejudice* to his right to re-file once he has exhausted his state remedies, **PROVIDED**  he is otherwise permitted by law to so proceed.

Pursuant to 28 U.S.C. §636(b)(1), the parties may serve and file written objections to this RECOMMENDATION with the district judge to whom this case is assigned **WITHIN TEN (10) DAYS** after being served with a copy thereof.

**SO RECOMMENDED** this 9th day of JUNE, 2009.



                                                CLAUDE W. HICKS, JR.
                                                UNITED STATES MAGISTRATE JUDGE