**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **MILTON L. FRANKLIN, JR.,** | : | |
| Petitioner, | : | Case No.: 5:08-cv-239 (CAR) |
| v. | : | |
| **BELINDA DAVIS,** | : | Proceeding Under 28 U.S.C. § 2254 |
| Respondent. | : | |

_____

*ORDER ON THE UNITED STATES MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION*

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 18] that Defendant's Motion to Dismiss [Doc. 10] be granted due to Petitioner Milton Franklin's failure to exhaust his state remedies as required by 28 U.S.C. § 2254(b) and (c) and Rose v. Lundy, 455 U.S. 509 (1982). Despite being ordered to do so, Petitioner failed to file a response to the motion to dismiss, and filed no Objection to the Recommendation. On June 10, 2009, the Recommendation was mailed to Petitioner at the address then on file with the Court. On June 18, 2009, the unopened envelope containing the Recommendation was returned to the Court marked "Return to Sender – Detainee No Longer at McEver."

In an Order entered on September 9, 2009, Petitioner was advised that "[p]ro se petitioners shall keep the Clerk of this Court advised at all times of any change of address" and that "[f]ailure to do so may result in the dismissal of said action." [Doc. 7]. Given the fact that Petitioner has failed to advise the Court of his new address, coupled with the fact that his petition is admittedly unexhausted, the Court, having considered the Recommendation, agrees that this action should be DISMISSED without prejudice. Therefore, the Recommendation is **HEREBY**

**ADOPTED AND MADE THE ORDER OF THE COURT**.

    **SO ORDERED.**  This 28th day of July, 2009.

                                            S/ C. Ashley Royal  
                                            C. ASHLEY ROYAL  
                                            UNITED STATES DISTRICT JUDGE

SSH